IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEDRA JACKSON, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B), | § § § § § | |
| Plaintiff | § | NO. 3:15-CV-03125-L |
| vs. | § § | |
| SUPERIOR HEALTHPLAN, INC. and CENTENE COMPANY OF TEXAS, L.P., | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Defendants Superior Healthplan, Inc. and Centene Company of Texas, L.P., by and through their attorneys, and Plaintiff, Dedra Jackson ("Plaintiff"), by and through her attorneys, hereby file this Joint Stipulation of Dismissal With Prejudice.

1.   On September 25, 2015, Plaintiff filed this cause of action.  [Doc. No. 1].

2.   On April 7, 2017, this Court entered a scheduling order requiring the parties to engage in mediation no later than April 30, 2018.  [Doc. No. 78].

3.   The parties mediated this matter on June 14, 2017 and the mediator, Cecilia Morgan, submitted her ADR Summary on June 20, 2017, notifying this Court that the parties reached an agreement.  [Doc. No. 79].

4.   On June 20 2017, this Court entered an order directing the parties to file a stipulation of dismissal or an agreed motion to dismiss by July 20, 2017.  [Doc. No. 80].

5. On August 22, 2017, this Court entered an order extending the deadline for the parties to file their joint stipulation of dismissal with prejudice until August 28, 2017. [Doc. No. 88].

6. Accordingly, the parties stipulate that they have reached an out-of-court settlement and this action shall be dismissed, with prejudice, with each party to bear its own costs of this action and its own attorneys' fees.

7. The parties have attached a Proposed Order of Dismissal with Prejudice hereto.

Dated this 28th day of August, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Derek Brazier (w/permission)* | */s/ Saba H. Alvi* |
| J. Derek Braziel | Kimberly R. Miers |
| State Bar No. 00793380 | Texas State Bar No. 24041482 |
| J. Forester | Saba H. Alvi |
| State Bar No. 24087532 | Texas State Bar No. 24082324 |

LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
jdbraziel@l-b-law.com
forester@l-b-law.com

JACK SIEGEL
Co-Attorney in Charge
Texas Bar No. 24070621

SIEGEL LAW GROUP PLLC
10440 N. Central Expy.
Suite 1040
Dallas, Texas 75231
(214) 706-0834 phone
(469) 339-0204 fax
Jack@siegellawgroup.biz

ATTORNEYS FOR PLAINTIFF

LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Fax)
kmiers@littler.com
salvi@littler.com

ATTORNEYS FOR DEFENDANTS
SUPERIOR HEALTHPLAN, INC. and
CENTENE COMPANY OF TEXAS, L.P.

Firmwide:148876733.1 084761.1002

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 3**